IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:16cv281

BRIAN BENNETT, on behalf of himself )
and all others similarly situated, )
)
    Plaintiffs, )
)
v. )         ORDER
)
LUMBER LIQUIDATORS, INC., )
)
    Defendant. )
_____ )

Pending before the Court is the Joint Motion to Stay [# 18]. Upon a review of the record, and for the reasons set forth in the Motion to Stay, the Court **GRANTS** the motion [# 18]. The Court **STAYS** these proceedings until a determination by the Judicial Panel on Multidistrict Litigation of a pending Motion for Transfer and Centralization of this and related actions. Either party may move to lift the stay upon a ruling by the Judicial Panel on Multidistrict Litigation.

Signed: September 23, 2016

_____
Dennis L. Howell
United States Magistrate Judge